# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 13, 2015

## NO. 03-13-00763-CR

**Terrance Maurice Yarbrough, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment and sentence taken after a jury trial entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment and sentence taken after a jury trial. Therefore, the Court affirms the trial court's judgment and sentence taken after a jury trial. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.